SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MISTER BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>ELITE DOWNTOWN MANAGEMENT, CO. D/B/A ANNA'S FISH MARKET DTLA; DOWNTOWN PROPERTIES, LLC; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:25-cv-06402-MAR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MISTER BAILEY ("Plaintiff") and Defendant DOWNTOWN PROPERTIES, LLC stipulate that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |

DATED: November 7, 2025        SO. CAL. EQUAL ACCESS GROUP

By:   /s/ Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff

DATED: November 7, 2025        Lee Anav Chung White Kim Ruger & Richter LLP

By:   /s/ Andrew Jongmin Im
      Andrew Jongmin Im, Esq.
      Attorneys for Defendant
      DOWNTOWN PROPERTIES, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 7, 2025        By: /s/ Jason J. Kim
                                   Jason J. Kim